

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

In Re:   Sonia Kaur Kochhar

Case No. 16-26474-WIL
Chapter 13

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Bank of New York Mellon Trust
Company, National Association fka The
Bank of New York Trust Company, N.A.
as successor to JPMorgan Chase Bank,
N.A., as Trustee for Residential Asset
Mortgage Products, Inc., Mortgage Asset-
Backed Pass-Through Certificates Series
2005-RS7 Movant (Ocwen Loan
Servicing LLC, Servicer)
vs.

Sonia Kaur Kochhar, Debtor
aka Sonia K. Kochhar
Timothy P. Branigan, Trustee
                    Respondent(s)

### ORDER RETROACTIVELY ANNULLING THE AUTOMATIC STAY
### Real Property at 802 Grand Champion Drive # 304, Rockville, Maryland 20850

Upon consideration of the Motion to Retroactively Annul the Automatic Stay filed by the Movant, The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates

14-602868

Series 2005-RS7, (Ocwen Loan Servicing LLC, Servicer) for good cause shown at the hearing on February 16, 2017, it is:

ORDERED, that the stay of 11 U.S.C. Section 362(a) be and hereby is retroactively annulled, as if there was never an automatic stay at all, to the filing date of the case; and it is further;

ORDERED, that as a condition of the retroactive annulment the Substitute Trustees may not oppose a motion to stay and dismiss the foreclosure sale scheduled for February 22, 2017 as being untimely filed.

**PARTIES TO RECEIVE COPIES:**

Sonia Kaur Kochhar
7221 Titonka Way
Derwood, Maryland  20855

Copies were sent electronically via the CM/ECF system to Timothy P. Branigan, Trustee, cmecf@chapter13maryland.com.

**End of Order** (kmg)

14-602868